JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KESTLER,<br><br>                            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                            Defendants. | Case No: 2:23-cv-00856-GMN-DJA |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S FOURTH CAUSE OF ACTION FOR UNJUST ENRICHMENT ONLY**

IT IS HEREBY STIPULATED by and between, ALBERTO CASTRO, ESQ., attorney for Plaintiff CYNTHIA KESTLER, and JENNIFER INSLEY MICHERI, ESQ., attorney for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that Plaintiff's Fourth Cause of action for Unjust Enrichment be dismissed, with prejudice.

DATED:    9-27-2023                              DATED:    9-27-2023

**RICHARD HARRIS LAW FIRM**                **DENNETT WINSPEAR, LLP**

By    /s/ Alberto Castro                         By    /s/ Jennifer Insley Micheri
ALBERTO CASTRO, ESQ.                       JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 014690                         Nevada Bar No. 10089
801 South Fourth Street                         3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89129
Telephone: 702-444-4444                      Telephone: 702-839-1100
*Attorneys for Plaintiff,*                          *Attorneys for Defendant, State Farm*
*Cynthia Kestler*                                   *Mutual Automobile Insurance Company*

*Kestler v SFMAIC*
*Stip and Order – Dismissal 4th claim*
*Case No. 2:23-00856-GMN-DJA*

### ORDER

**IT IS SO ORDERED.** **IT IS FURTHER ORDERED** that Defendant State Farm Mutual Insurance Automobile Company's [9] Motion to Dismiss Plaintiff Cynthia Kestler's Fourth Cause of Action for Unjust Enrichment is **DENIED as moot**.

DATED: September 27, 2023

_____
U.S. DISTRICT COURT JUDGE

2